UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, the STATE OF NORTH CAROLINA and the STATE OF TENNESSEE,** *ex. rel.* **ALANA SULLIVAN AND J. BRITTON TABOR**,<br><br>    **Relators**,<br><br>vs.<br><br>**MURPHY MEDICAL CENTER, INC. d/b/a ERLANGER WESTERN CAROLINA HOSPITAL and CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY d/b/a ERLANGER HEALTH SYSTEM, d/b/a ERLANGER MEDICAL CENTER;**<br><br>    **Defendants.** | Case No. 1:21-cv-00219-MR-WCM |

### PLAINTIFFS-RELATORS' NOTICE OF INTENT TO PROCEED WITH NON-INTERVENED CLAIMS

NOW COME Plaintiffs-Relators, pursuant to the Court's May 8, 2024 Order directing Plaintiffs-Relators to state whether they intend to proceed with non-intervened claims in this action, and informs the Court as follows:

1. Plaintiffs-Relators intend to proceed with the non-intervened claims in this action against the named Defendants alleging violations of the False Claims Act arising from and in connection with Defendants' violations of the Anti-Kickback Statute and the Stark Law as to unlawful referrals from physicians that were non-employees of Defendants.

1

Plaintiffs-Relators will not proceed with the non-intervened claims relating to unread tests as pled in ¶¶ 202-203 of the Complaint.

2. Plaintiffs-Relators intend to dismiss, without prejudice, the claims against the named Defendants that relate to false claims submitted to the Medicaid programs of the State of North Carolina and the State of Tennessee (i.e., Count Four and Count Five of the Complaint). The State of North Carolina and the State of Tennessee have informed Plaintiffs-Relators that they consent to said dismissals without prejudice.

3. Plaintiffs-Relators will file the aforestated dismissals upon receipt of an email from the State of North Carolina and the State of Tennessee that the states consent to said dismissals without prejudice.

4. Plaintiffs-Relators will obtain Summonses from the Clerk of Court and will serve said Summonses and a copy of the Complaint upon the named Defendants, or request a waiver of service of the summons, in accordance with Rule 4 of the Federal Rules of Civil Procedure.

5. Plaintiffs-Relators assert that the intervened claims and the non-intervened claims should be litigated in the same action and that there is no reason in law or equity, or otherwise, for the claims to be tried separately or to be bifurcated pursuant to Rule 42(b) of the Federal Rules of Civil Procedure.

*[Signatures on next page]*

This the 31st day of May, 2024.

                Respectfully Submitted,

                **RABON LAW FIRM, PLLC**

                */s/ Charles H. Rabon, Jr.*
                Charles H. Rabon, Jr.
                N.C. State Bar No. 16800
                crabon@usfraudattorneys.com
                Rabon Law Firm, PLLC
                413 S. Sharon Amity Rd., Suite C
                Charlotte, NC 28211
                Tel. 704-247-3247
                Fax 704-208-4645

                WILBANKS & GOUINLOCK, LLP
                Marlan B. Wilbanks
                Georgia Bar No. 758223
                (Admitted *pro hac vice*)
                Susan S. Gouinlock
                Georgia Bar No. 303217
                (Admitted *pro hac vice*)

                3490 Piedmont Road, NE
                Suite 1010
                Atlanta, Georgia 30305
                Tel.: (404) 842-1075
                Fax: (404) 842-0559
                mbw@wilbanksgouinlock.com
                ssg@wilbanksgouinlock.com

                WITHROW, MCQUADE & OLSEN, LLP
                Scott C. Withrow
                Georgia Bar No. 772330
                (Admitted *pro hac vice)*

                3379 Peachtree Road, NE
                Suite 970
                Atlanta, Georgia  30326
                Tel.: (404) 814-0200
                Fax: (404) 814-0009
                swithrow@wmolaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this date I served a copy of the foregoing **PLAINTIFFS-RELATORS' NOTICE OF INTENT TO PROCEED WITH NON-INTERVENED CLAIMS** which was electronically filed with the Clerk of Court using the CM/ECF system which will send which will send e-mail notification to all counsel of record.

This the 31st day of May, 2024.

/s/ Charles H. Rabon, Jr.

Charles H. Rabon, Jr.