IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00219-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF NORTH CAROLINA and TENNESSEE *ex rel.* ALANA SULLIVAN and J. BRITTON TABOR, <br><br> Plaintiffs, <br> v. <br><br> MURPHY MEDICAL CENTER, INC. and CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY, <br><br> Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 57) filed by Phillip Jackson. The Motion indicates that Mr. Jackson, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Taylor Sample, who the Motion represents as being a member in good standing of the Bar of Tennessee. It further appears that the requisite admission fee has been paid.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 57) and **ADMITS** Taylor Sample to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 14, 2024

W. Carleton Metcalf
United States Magistrate Judge